SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555
Fax 510/832-3558

Attorney for Petitioner
MYKEL HAWKINS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYKEL HAWKINS ) | Civ. S-04-2495-MCE-GGH-P |
| ) | |
| Petitioner, ) | ORDER DIRECTING |
| ) | SUBSTITUTION OF NEW |
| vs. ) | WARDEN AS RESPONDENT |
| ) | |
| SCOTT KERNON, ) | |
| (Formerly C.K. PLILER), WARDEN, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    For Good Cause Shown, IT IS HEREBY ORDERED that SCOTT KERNON, the current warden of California State Prison Sacramento, be substituted in this action as respondent, in place of C.K. Pliler, pursuant to Federal Rule of Civil Procedure 25(d)(1).

DATED: 4/27/05                     /s/ Gregory G. Hollows
                                                    GREGORY G. HOLLOWS
                                                    U.S. Magistrate Judge

`hawk2495.ord04`