SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Petitioner
MYKEL HAWKINS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYKEL HAWKINS,  ) Civ. S-04-2495-MCE-GGH-P
                )
    Petitioner,  )
                )
    vs.          ) ORDER
                )
SCOTT KERNON,   )
(Formerly C.K. PLILER), WARDEN, )
                )
    Respondent.  )
_____ )

    For Good Cause Shown, this Court's Order filed March 15, 2005 is hereby modified to suspend the filing date for petitioner to file a Reply to respondent's Answer, to allow for the collection of additional declarations and to allow for counsel to seek expansion of the record, either by motion or by stipulation.  The parties shall appear for a status conference on June 2, 2005 at 10:00 a.m.  Either counsel may appear telephonically upon notice to the Court's courtroom deputy clerk 48 hours in advance of the hearing.

DATED: 5/2/05                           /s/ Gregory G. Hollows

                                                                                                   _____
                                                                                                   GREGORY G. HOLLOWS
                                                                                                   U.S. Magistrate Judge

hawk2495.eot04