1  SUZANNE A. LUBAN
   Attorney at Law
2  State Bar No.: 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4  Fax 510/832-3558

5  Attorney for Petitioner
   MYKEL HAWKINS
6

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   MYKEL HAWKINS                 )   No. Civ. 04-2495-MCE-GGH
11                               )
              Petitioner,        )
12                               )   ORDER
       vs.                       )
13                               )
   SCOTT KERNON, WARDEN,         )
14                               )
              Respondent.        )
15 _____)

16
       For Good Cause Shown and pursuant to Rule 7 of the Rules Governing
17
   Section 2254 Cases and the Stipulation of the parties, IT IS HEREBY ORDERED:
18
       1. That the record herein shall be expanded to include: (1) The declaration of
19
   trial counsel Alex Veylupek and the exhibits thereto; and (2) The declaration of
20
   sentencing counsel Peter Brixie and the exhibits thereto, both of which have been
21
   filed by petitioner as attachments to his Motion to Expand the Record;
22
       2. The hearing currently set for June 23, 2005 on petitioner's Motion to
23
   Expand the Record shall be taken off calendar as moot;
24
       3. The petitioner is directed to file the Traverse by July 22, 2005.
25
   / / / /
26
   / / / /
27

28

    4.  After the filing of the Traverse, the case shall be deemed submitted for decision.

DATED: 6/22/05

                                            /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. Magistrate Judge

hawk2495.ord06