SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555
Fax 510/832-3558

Attorney for Petitioner
MYKEL HAWKINS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYKEL HAWKINS, ) No. Civ. 04-2495-MCE-GGH
)
    Petitioner, ) ORDER EXTENDING
) PETITIONER'S TIME TO
  vs. ) FILE TRAVERSE
)
SCOTT KERNON, WARDEN, )
)
    Respondent. )
_____ )

    For Good Cause Shown and pursuant the Stipulation of the parties, IT IS HEREBY ORDERED that Petitioner's time to file his Traverse shall be extended by one week, to July 29, 2005.

DATED: 7/27/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. Magistrate Judge

hawk2495.ord