IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYKEL HAWKINS,

    Petitioner,                  No. CIV S-04-2495 MCE JFM P

    vs.

C.K. PLILER, Warden,

    Respondent.                <u>ORDER</u>

_____/

        On February 20, 2006, counsel for petitioner brought to this court's attention a recent decision of the United States Supreme Court. <u>United States v. Rompilla</u>, \_\_\_\_\_ U.S. \_\_\_\_\_, 125 S.Ct. 2456 (2005). Good cause appearing, respondent will be permitted to respond to petitioner's letter brief. Accordingly, IT IS HEREBY ORDERED that respondent may file a letter brief responsive to petitioner's February 20, 2006 letter brief within twenty days from the date of this order.

DATED: February 26, 2007.

                                        UNITED STATES MAGISTRATE JUDGE

/001; hawk2495.fb

1