IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYKEL HAWKINS,**<br><br>                                        Petitioner,<br><br>           v.<br><br>**C.K. PLILER,**<br><br>                                        Respondent. | CIV S-04-2495 MCE JFM P<br><br>**ORDER ON RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE LETTER BRIEF** |

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that Respondent's Request for Extension of Time to File Responsive Letter Brief is granted.  Respondent's Responsive Letter Brief is now due on April 18, 2007.

Dated:  March 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/hawk2495.eot

1